IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL EDISON HOPEWELL                                          PLAINTIFF

v.                              Case No. 2:13-CV-02085

S. RYAN NORRIS                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of September, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE